**Order entered September 26, 2022**



In The
Court of Appeals
Fifth District of Texas at Dallas

No. 05-22-00158-CV

KELLY M. LIEBBE, ET AL., Appellants

V.

STEPHEN COURTNEY, M.D., ET AL., Appellees

On Appeal from the 296th Judicial District Court
Collin County, Texas
Trial Court Cause No. 296-03470-2016

ORDER

Pursuant to this Court's August 18, 2022 order, a supplemental clerk's record containing the trial court's September 21 sealing order has been filed. The trial court orders (1) certain documents in the clerk's record that has been filed without seal to be sealed, and (2) numerous exhibits to be filed in the reporter's record which is not yet due. A copy of the sealing order is attached to this order. To comply with the sealing order, we **ORDER** as follows. We **STRIKE** (1) volume 4 of the clerk's record filed on March 11 and (2) volume 2 of the

supplemental clerk's record filed on July 20. We **ORDER** Collin County District Clerk Lynne Finley to file, **WITHIN FIFTEEN DAYS** of the date of this order, (1) volume 4 of the clerk's record with all documents **except** the document noted in the trial court's sealing order which shall be filed separately in a sealed supplemental clerk's record and (2) volume 2 of the supplemental clerk's record with all documents **except** the five documents noted in the trial court's sealing order which shall be filed separately in the sealed supplemental clerk's record.

The reporter's record is currently due on October 12. We **ORDER** Jan Dugger, Official Court Reporter for the 296th Judicial District Court, to file the exhibits designated in the trial court's sealing order in a sealed volume of the reporter's record.

Before the Court is appellant's September 22, 2022 unopposed motion for an extension of time to file her brief. Although counsel states in the motion that reporter's record was recently filed, it has not been filed with the Court and the deadline for appellant's brief has not been triggered. *See* TEX. R. APP. P. 38.6(a). Accordingly, we **DENY** the motion as premature.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finley; Ms. Dugger; and, all parties.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE